# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **FECON, INC.,** | Case No. 1:16-cv-1137 |
| Plaintiff, | Judge Timothy S. Black |
| v. | **CONDITIONAL STIPULATION OF DISMISSAL** |
| **KING KONG TOOLS, LLC, et al.,** | |
| Defendants. | |

**TO THE HONORABLE JUDGE BLACK:**

Under Fed. R. Civ. P. 41(a)(2), Plaintiff Fecon, Inc. ("Fecon") and Defendants King Kong Tools, LLC and KingKong-Tools GmbH & Co. KG ("King Kong") file this conditional stipulation of dismissal, which is conditioned upon the Court agreeing to retain jurisdiction over the matter for purposes of enforcing the settlement of the matter, as follows:

**WHEREAS**, Fecon has asserted claims in this action against King Kong, including for patent infringement, breach of contract, misappropriation of trade secrets, violations of the Lanham Act, and violations of the Ohio Deceptive Trade Practices Act;

**WHEREAS**, King Kong has asserted counterclaims against Fecon in this action, including for declaratory judgment of non-infringement, declaratory judgment of invalidity, and breach of contract;

**WHEREAS**, the parties expressly deny any and all such claims asserted against them; and

**WHEREAS**, the parties have entered into an agreement to compromise and settle their claims.

**NOW, THEREFORE**, the parties agree and stipulate that, under Fed. R. Civ. P. 41(a)(2), the parties shall voluntarily dismiss this entire case **with prejudice**, except that the invalidity counterclaims asserted by King Kong shall be dismissed **without prejudice**, and the parties shall bear their own fees and costs, including attorneys' fees, conditioned upon the Court's order and agreement to retain jurisdiction of this matter after its dismissal for purposes of enforcing the parties' settlement agreement.

          Respectfully submitted,

| | |
|---|---|
| /s/ Jeffrey N. Costakos by | /s/ John F. Bennett |
| /s/ John F. Bennett per 8/24/18 email authorization | John F. Bennett (0074506) |
| Risto Pribisich (0081758) |    *Trial Attorney* |
|    *Trial Attorney* | Paul M. Ulrich (0071520) |
| BENESCH, FRIEDLANDER, COPLAN | Ulmer & Berne LLP |
| &ARONOFF LLP | 600 Vine Street, Suite 2800 |
| 200 Public Square, Suite 2300 | Cincinnati, Ohio 45202-2409 |
| Phone:  (216) 363-4500 | Telephone: (513) 698-5000 |
| Fax:     (216) 363-4588 | Facsimile:  (513) 698-5153 |
| rpribisich@beneschlaw.com | jbennett@ulmer.com |
| | pulrich@ulmer.com |
| Jeffrey N. Costakos (*pro hac vice*) | |
| Kimberly K. Dodd (*pro hac vice*) | ATTORNEYS FOR PLAINTIFF |
| Matthew W. Peters (*pro hac vice*) | FECON, INC. |
| FOLEY &LARDNER LLP | |
| 777 East Wisconsin Avenue | |
| Milwaukee, WI 53202-5306 | |
| Phone:  (414) 271-2400 | |
| Fax:     (414) 297-4900 | |
| jcostakos@foley.com | |
| kdodd@foley.com | |
| mpeters@foley.com | |
| | |
| ATTORNEYS FOR DEFENDANTS | |
| KING KONG TOOLS, LLC and | |
| KONGKONG-TOOLS GMBH & CO. KG | |

## CERTIFICATE OF SERVICE

      The foregoing was filed electronically on August 27, 2018.  Notice of this filing will be sent by operation of the Court's Electronic Filing System.  Parties may access this filing through the Court's filing system.  All parties not receiving electronic notices from the Court will be served by regular U.S. mail.

                                      /s/ John F. Bennett
                                      John F. Bennett (0074506)